# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213)625-3900
FAX (213)625-1600
GERAGOS@GERAGOS.COM

November 3, 2021

Hon. Pamela K. Chen, United States District Judge
United States District Court for the Eastern District of New York
Theodore Roosevelt Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: Paul Ewen v. Sunwing Travel Group et. al. Docket No.: 1:21-cv-03504**

Dear Judge Chen,

Pursuant to your honor's last order, our office prepared an amended summons and complaint on September 24, 2021 on behalf of the plaintiff. In attempting to effectuate service, we were informed that the amended summons was not filed. Instead, only the amended complaint was filed. This was, of course, inadvertent on our part. Accordingly, we filed the attached "amended summons" earlier today and have re-filed a copy of the amended complaint dated September 24, 2021. No changes were made to either document since our filing on September 24, 2021. We expect to have corresponding affidavits of service filed with the court shortly.

As always, please let us know if you have any questions or wish to further discuss the issues outlined above.

Very truly yours,

Daniel Lust

**GERAGOS & GERAGOS**

CC: Daniel J. Goodstadt
    Cozen O'Connor
    3WTC
    175 Greenwich St 55th Floor
    New York, N.Y. 10007