AFFIDAVIT OF SERVICE



GERAGOS & GERAGOS, APC
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

PAUL EWEN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BABETTE EWEN, DECEASED
                                                                    PLAINTIFF
                                - vs -
BLUE DIAMOND HOTELS AND RESORTS, A CORPORATION, ETAL
                                                                    DEFENDANT

index No. 1:21-cv-03504-PKC-RLM
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF __Illinois__, COUNTY OF __Cook__ :SS:

__William Vincent__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __Illinois__.

On __25 October 2021__ at __10:26 Am__,

at __29 E MADISON STREET SUITE 400   CHICAGO, IL 60602__

deponent served the within **EXHIBIT(S), AMENDED VERIFIED COMPLAINT** on: TRAVEL ZAP D/B/A DESTIFY, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

_X_ #2 CORPORATION  By delivering a true copy of each to __Maritza Alzak__ personally,

deponent knew the person so served to be the __Facilities Manager__ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

___ #5 MAIL COPY   ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_X_ #6 DESCRIPTION (USE WITH #1, 2 OR 3)  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: __Female__    Color: __White__    Hair: _____
Age: __30.5__      Height: __5'04"__   Weight: __AVG__
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES  The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

___ #8 MILITARY SRVC  Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE: __Heidi L. Berna 10-25-2021__

__William Vincent__

OFFICIAL SEAL
HEIDI L BERNA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES
JULY 17, 2022

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-GGAPC-5507371