

November 15, 2021

**Daniel J. Goodstadt**
Direct Phone   212-453-3911
Direct Fax       646-461-2076
dgoodstadt@cozen.com

**VIA ECF, EMAIL AND OVERNIGHT FEDEX**

GERAGOS & GERAGOS, APC
256 Fifth Avenue
New York, New York 10001

Re:   Paul Ewen v. Sunwing Travel Group et. al.
        File No.:  493984

Dear Counselors:

Pursuant to Judge Chen's Order dated October 7, 2021, as well as the Part Rules, enclosed herein please find a copy of Defendant Sunwing Travel Group Inc.'s motion to dismiss, memorandum of law and exhibits in support of same. Please also note that Defendant Sunwing Travel Group Inc. is requesting oral argument on this motion once fully briefed and submitted to the Court.

Thank you for your attention to this matter. Please do not hesitate to contact the undersigned if you have any questions.

Sincerely,

COZEN O'CONNOR

*Daniel Goodstadt*

BY:    DANIEL J. GOODSTADT

DJG

ENCL